UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 21-cv-61138-BLOOM/Valle

JOSE S. HERNANDEZ,
*and other similarly situated individuals*,

    Plaintiff,

v.

KANTZAVELOS G-1, INC., *doing business as* Greek Island Taverna, SAM KANTZAVELOS and GEORGE KANTZAVELOS,

    Defendants.
_____/

**ORDER ON JOINT MOTION TO APPROVE SETTLEMENT
AND TO DISMISS CASE WITH PREJUDICE**

**THIS CAUSE** is before the Court upon the parties' Joint Motion to Approve Settlement and to Dismiss Case with Prejudice, ECF No. [27] ("Motion"), filed on August 3, 2021. Upon review of the record and the parties' basis for a settlement of the FLSA case, including an award of attorneys' fees to Plaintiff's counsel as the prevailing party, the Court finds that settlement of this action is fair and reasonable in that Plaintiff will receive full compensation for his claim for unpaid overtime wages, an equal amount for liquidated damages, a separate amount for alleged damages for retaliation, and a reasonable attorneys' fee. Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. The Motion, **ECF No. [27]**, is **GRANTED**.

2. This case is **DISMISSED WITH PREJUDICE**, and all pending motions are **DENIED AS MOOT**.

3. The Court retains jurisdiction for thirty (30) days to enforce the terms of the parties'

Case No. 21-cv-61138-BLOOM/Valle

settlement agreement.

**DONE AND ORDERED** in Chambers at Miami, Florida, on August 3, 2021.

_____
**BETH BLOOM
UNITED STATES DISTRICT JUDGE**

Copies to:

Counsel of Record